ENGESSER, Appellant, *v.* THE NORTHERN PACIFIC RAILROAD COMPANY, Respondent.

[Submitted March 13, 1896.  Decided March 16, 1896.]

Appeal—*Appearance through disbarred attorney.*—Where an appellant's only appearance in the supreme court is by the brief of an attorney who, since the appeal, has been disbarred for dishonorable and unprofessional conduct, the appeal will not be considered and the judgment therefore affirmed.

*Appeal from Sixth Judicial District, Park County.*

Judgment was rendered for the defendant below by Henry, J.  Affirmed with leave to reinstate.

*Campbell & Stark* and *Cullen & Toole,* for Respondent.

Per Curiam.—The appellant appears in this court by brief filed by E. P. Cadwell as his only attorney.  Since the case was appealed from the district court, said Cadwell has been disbarred from the practice of law in this state.  (*State* v. *Cadwell*, 16 Mont. 119.)

We do not feel that it is the duty of the court to consider appeals where the appellant's contention is presented solely by the brief of an attorney who has been disbarred for dishonorable and unprofessional conduct.  The judgment is therefore affirmed.  (Rule 5, subdivision 6, Rules of Supreme Court.)

The clerk is directed to notify the party apparently represented by said Cadwell of this order, and also the clerk of the district court in which the judgment was rendered, to the end that the party may be notified of the order of this court.  If, within 60 days from the date hereof, good cause is shown for reinstating this appeal, the same may be done upon further order of this court.

*Affirmed.*